# In the United States Court of Federal Claims

No. 21-1494C

Filed: September 30, 2021

|  |
|---|
| **SQUIRE SOLUTONS, INC.,** |
| *Plaintiff,* |
| v. |
| **UNITED STATES,** |
| *Defendant.* |

**ORDER OF JUDGMENT**

For the reasons assigned in the Memorandum Opinion filed concurrently with this Order of Judgment, the defendant's motion to dismiss (ECF 18) under Rule 12(b)(1) and Rule 12(b)(6) of the Rules of the Court of Federal Claims is **DENIED**. The defendant's motion for judgment on the administrative record (ECF 18) under Rule 52.1 of the Rules of the Court of Federal Claims is **GRANTED**. The plaintiff's motion for judgment on the administrative record (ECF 17) is **DENIED**.

So that the Court may release the opinion publicly, the parties shall meet and confer and jointly propose redactions to the Memorandum Opinion by **October 14, 2021**.

The Clerk is **DIRECTED** to enter judgment for the defendant in accordance with the Memorandum Opinion and this Order and to close the case. No costs are awarded.

It is so **ORDERED**.

s/ Richard A. Hertling
**Richard A. Hertling**
**Judge**